# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 17-1802

———————————————

Shaunpen Zhou

*Plaintiff - Appellant*

v.

International Business Machines Corporation

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

——————————

Submitted: December 28, 2017
Filed: January 12, 2018
[Unpublished]

——————————

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Shaunpen Zhou appeals after the district court[1] adversely granted summary judgment in his employment-discrimination action.

———————————————

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

After careful *de novo* review, *see Gibson v. Am. Greetings Corp.*, 670 F.3d 844, 852 (8th Cir. 2012), we conclude that the district court's disposition of Zhou's claims was appropriate for the reasons stated by the district court.  Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____